UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-10109-CIV-KING

SULEYMAN UNUVAR,

    Plaintiff,

v.

THE CITY OF KEY WEST, FLORIDA, a
municipal corporation

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF
DISCOVERY DEADLINE AND MOTION PRACTICE DEADLINE**

THIS CAUSE is before the Court upon the Plaintiff Suleyman Unuvar's June 22, 2009 Motion for Extension of Discovery Deadline, Expert Disclosure Deadline and Dispositive Motion Deadline (D.E. #13).

As background, this Court entered a Scheduling Order on January 21, 2009 (D.E. #9). This Court's January 21, 2009 Scheduling Order set trial for the week of October 5, 2009, and final pretrial conference for September 11, 2009 (D.E. #9). The Scheduling Order also set a discovery deadline of July 8, 2009 (D.E. #9).

In the instant Motion, the Plaintiff requests a fifteen (15)-day extension for the discovery deadline and an eleven (11)-day extension for the motion practice deadline. The Plaintiff, however, has overlooked the important reasoning behind the deadlines set by the Court's scheduling order. It is this Court's regular procedure to set a motion deadline at

least sixty days in advance of the final pretrial conference in order to allow adequate time for the Court to fully address each motion. As stated in this Court's January 21, 2009 Scheduling Order, the purpose of this court's schedule is to "eliminate[] last-minute motion and discovery practice requiring lawyers to frantically respond to notice of depositions and motions." (D.E. #9). This Court knows through experience that it is common practice for parties to file motions on the last day of the motion practice deadline. Motions filed on the last day of the deadline still require that the nonmoving party be allowed twenty days to respond. After the response is submitted, the moving party receives another ten days to file a reply. After this process, the Court then needs adequate time to carefully review and address each and every motion. If the Court grants the Plaintiff's Motion for Enlargement of Discovery Deadline and Motion Practice Deadline, the dates for pretrial conference and trial also need to be delayed.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that the Plaintiff's Motion for Enlargement of Discovery Deadline and Motion Practice Deadline (D.E. #13) is hereby **GRANTED.** The new discovery dealines, motion practice dealines, pretrial conference date and trial date are set by separate order (D.E. #14), filed on June 25, 2009.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 25th day of June, 2009.



JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: *Counsel for Plaintiff*
**Richard Gary Rumrell**
Rumrell Costabel Warrington & Brock
9995 Gate Parkway North
Suite 190
Jacksonville, FL 32246

**Alicia S. Curran**
Rumrell Costabel Warrington & Brock
9995 Gate Parkway North
Suite 190
Jacksonville, FL 32246

**Lindsey C. Brock, III.**
Rumrell Costabel Warrington & Brock
9995 Gate Parkway North
Suite 190
Jacksonville, FL 32246

*Counsel for Defendant*
**Michael Thomas Burke**
Johnson Anselmo Murdoch Burke Piper & Hochman PA
2455 E Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304